UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-139-WFJ-SPF

CHRISTOPHER LEE THOMPSON

## MOTION TO WITHDRAW

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney Courtney Derry in the above-styled cause.

The government is represented in this matter by Assistant United States Attorney Abigail King.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ *Courtney Derry*
Courtney Derry
Assistant United States Attorney
FL Bar No 41125
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Courtney.Derry@usdoj.gov

U.S. v. Thompson                                          Case No. 8:23-cr-139-WFJ-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

                                         */s/ Courtney Derry*
                                         Courtney Derry
                                         Assistant United States Attorney
                                         FL Bar No 41125
                                         400 N. Tampa St., Ste. 3200
                                         Tampa, FL 33602-4798
                                         Telephone: (813) 274-6000
                                         Facsimile: (813) 274-6358
                                         E-mail: Courtney.Derry@usdoj.gov